JS-6

EILEEN DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF (Cal. Bar No. 141489)
Assistant United States Attorney
      Room 7516, Federal Building
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-6880
      Facsimile: (213) 894-7819
      Email: joanne.osinoff@usdoj.gov
Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GARRY JOHNSON AND JENNETTE HASTINGS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA;<br>DOES 1 THROUGH 25 ET AL.,<br><br>    Defendants. | Case No. 5:15-CV-02631 AB(KKx)<br><br>[**PROPOSED**]<br>**ORDER DISMISSING ACTION** |

    Having considered the Stipulation to Dismiss Without Prejudice filed by the parties, IT IS HEREBY ORDERED that:

    1. The action is dismissed in its entirety without prejudice; and

2. Each party shall bear its own costs, attorneys' fees, and expenses.

Dated: February 5, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

Presented by:
EILEEN DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division

    */s/ Joanne S. Osinoff*
JOANNE S. OSINOFF
Attorneys for Defendant
United States of America